# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| COURTNEY ANDERSEN and LISA BURMEISTER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>MID-AMERICA PET FOOD, LLC,<br><br>    Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 5:23-CV-00140-RWS<br><br>*LEAD CASE* |
| GLENN JACKSON, *ET AL.*,<br><br>    Plaintiffs,<br>v.<br><br>MID-AMERICA PET FOOD, LLC,<br><br>    Defendant. | § § § § § § § § § | CIVIL ACTION NO. 5:23-CV-00153-RWS<br><br>*MEMBER CASE* |
| ALISON BARNHILL, *ET AL.*,<br><br>    Plaintiffs,<br>v.<br><br>MID-AMERICA PET FOOD, LLC,<br><br>    Defendant. | § § § § § § § § § | CIVIL ACTION NO. 5:24-CV-00046-RWS<br><br>*MEMBER CASE* |

## **ORDER**

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice. Docket No. 26. In the notice, Plaintiffs voluntarily dismiss all claims in this consolidated action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Id.* The Court, having reviewed the notice finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the notice is accepted by the Court and that the above-captioned cases are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the above-captioned cases.

**So ORDERED and SIGNED this 13th day of September, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE